NASH et al. v. BRITTAN.

(Circuit Court of Appeals, First Circuit. April 23, 1917.)

No. 1255.

BANKRUPTCY ⬦⟷340—PROVABLE CLAIMS—FINDINGS BY REFEREE.

Findings of fact by a referee, upon which he allowed a claim against a bankrupt estate, affirmed by the District Court, *held* sustained by the evidence.

[Ed. Note.—For other cases, see Bankruptcy, Cent. Dig. § 527.]

Appeal from the District Court of the United States for the District of Massachusetts; James M. Morton, Judge.

In the matter of William B. Frost, bankrupt. Maxham E. Nash, trustee, and others, appeal from an order allowing the claim of John W. Brittan, executor. Affirmed.

Warren P. Jackson and Barton & Harding, all of Boston, Mass., for appellants.

Lee M. Friedman, of Boston, Mass. (William E. Fowler, of Westborough, Mass., on the brief), for appellee.

Before DODGE and BINGHAM, Circuit Judges, and ALDRICH, District Judge.

PER CURIAM. Whether or not the claim proved by Mrs. Brittan's executor against this bankrupt estate is entitled to allowance de-

pends upon questions of fact, regarding which the evidence was conflicting. The referee, before whom the witnesses testified in person, determined these questions in the creditor's favor, and his conclusions have been affirmed by the District Court on petition for review, in an opinion wherein the evidence has been carefully considered. Upon our examination of the evidence in the record we find nothing which would warrant us in saying that the conclusions reached by the District Court as to the facts are plainly erroneous. We are unable to say that there was no evidence sufficient in law to sustain the burden of proof resting on the creditor to show a valid transfer to Mrs. Brittan of the note for which the note here in question was substituted, or to show a valid consideration for the latter note.

The order of the District Court is affirmed, with interest, and the appellee recovers the costs of appeal.